# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**MEDERI CARETENDERS VISITING SERVICES OF SOUTHEAST FLORIDA, LLC,** and **ALMOST FAMILY, INC.**, a Delaware corporation,
Appellants,

v.

**ELIZABETH WHITE,**
Appellee.

Nos. 4D14-488 and 4D14-2460

[October 25, 2017]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Robert E. Belanger, Judge; L.T. Case No. 562011CA003562.

Patrick M. Muldowney, Marilyn G. Moran, Tiffany L. Cummins and James W. Seegers of Baker & Hostetler LLP, Orlando, for appellants.

Margaret Cooper of Jones, Foster, Johnston & Stubbs, P.A., Jane Kreusler-Walsh and Stephanie L. Serafin of Kreusler-Walsh, Compiani & Vargas, P.A., West Palm Beach, Joel C. Zwemer and Daryl J. Krauza of Dean, Mead, Minton & Zwemer, Fort Pierce, for appellee.

### *ON REMAND FROM THE FLORIDA SUPREME COURT*

PER CURIAM.

In accordance with the supreme court mandate in *White v. Mederi Caretenders Visiting Services of Southeast Florida, LLC*, No. SC16-28 (Fla. Sept. 14, 2017), we reverse the final summary judgment and remand for proceedings consistent with the supreme court opinion. We also reverse the award of attorney's fees, as we did in our original opinion.

WARNER, CIKLIN and FORST, JJ., concur.